UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-1100-MWF(VBKx)**                                         Dated: **July 2, 2013**

Title:   The Boards of Trustees of the Western States Insulators and Allied Workers Pension Fund, et al. -v- Padre Specialty Contracting Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE re SANCTIONS

In light of the Notice of Bankruptcy Stay [14] filed on May 9, 2012, the Court hereby Ordered counsel to file a status report every 90 days.  The first report was due on March 8, 2013.  To date, no report has been filed.

The Court, on its own motion, ORDERS that counsel for plaintiff show cause in writing on or before July 22, 2013, why sanctions should not be imposed for failure to comply with the Court's Order. The Court will consider the filing of a Ninety-day Status Report an appropriate response to this Order to Show Cause.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in the dismissal of the action.

MINUTES FORM 90                                                    Initials of Deputy Clerk   rs
CIVIL - GEN                                          -1-